MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANGELA HERNANDEZ,                   )
                                    )
     Plaintiff,                     )
                                    )   No.
vs.                                 )
                                    )
EQUABLE ASCENT FINANCIAL, LLC,)
a foreign Limited Liability         )
Company, and                        )
APEX FINANCIAL MANAGEMENT, LLC)
a foreign Limited Liability         )
Company,                            )
                                    )
     Defendants.                    )
_____)   JURY DEMANDED

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

PRELIMINARY STATEMENT

2.   This action is instituted in accordance with and to remedy Defendants' violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

3. In 2010 Defendants initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Pahrump, Nevada.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

PARTIES

5. Plaintiff, Angela Hernandez, is a natural person who resides in Pahrump, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. The Defendant, Equable Ascent Financial, LLC, (Equable) is a foreign Limited Liability Company, the principal purpose of whose business is the collection of debts operating a debt collection agency from its principal place of business in Buffalo Grove, IL and regularly collections or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15. U.S.C. Section 1692a(6).

7. The Defendant APEX Financial Management, LLC (APEX) is a foreign Limited-Liability Company, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business is Buffalo Grove, IL, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reasserts them as incorporated in full herein.

9. Plaintiff's husband lost his job and has not worked for a very long time.

10. Plaintiff's home has been foreclosed.

11. Plaintiff is on the cusp of bankruptcy.

12. During August, 2010, Equable assigned its account to Global Credit & Collection Corp. (Global).

13. On September 22, 2010, Plaintiff wrote Global advising of her *refusal to pay* (Exhibit 1).

14. Plaintiff's written refusal to pay required Defendants to cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> (c) **Ceasing communication** - *If a consumer notifies a debt collector in writing that the consumer **refuses to pay a debt** or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt*.

15. A copy of Exhibit 1 was also mailed to Equable and received on September 27, 2010 (Exhibit 2).

16. Notwithstanding, Equable again dunned Plaintiff through APEX on November 9, 2010, in violation of FDCPA §§ 1692c(c) and 1692d (Exhibit 3).

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3

17. The Defendants share the same address.

18. The foregoing acts and omissions of Defendants were undertaken by them willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

19. Indeed, the foregoing acts and omissions of Defendants were undertaken by them indiscriminately and persistently, as part of their regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

20. As a proximate result of the foregoing acts and omissions of Defendants, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

21. As a result of the foregoing acts and omissions of Defendants, and in order to punish Defendants for their outrageous and malicious conduct, as well as to deter them from committing similar acts in the future as part of their debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

CAUSES OF ACTION

COUNT I

22. The foregoing acts and omissions of Defendants constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d, 1692e 1692f and 1692g.

23. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.


## COUNT II

24. The foregoing acts and omissions of Defendants constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

25. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

## JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

5

September 22, 2010

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Global Credit & Collection Corp.
P. O. Box 101928, Dept. 2417
Birmingham, Al 35210

Dear Sir:

I attach your August 27, 2010, correspondence on behalf of Equable Ascent Financial.

Regrettably, I am on the precipice of bankruptcy and thusly refuse to pay you.

Thank you in advance for your anticipated courtesy.

Sincerely


Angela Hernandez nee Atherley

Enclosure

cc: Equable Ascent Financial, LLC, via Certified Mail
    1120 W. Lake Cook Rd., Ste. B, Buffalo Grove, IL 60089

**EXHIBIT 1**


PO Box 101928, Dept. 2417
Birmingham, AL 35210    017939

# GL🌐BAL
CREDIT & COLLECTION CORP



Global Credit & Collection Corp.
300 International Drive
PMB #10015
Williamsville, NY 14221
1-866-350-7727

August 27, 2010

25506***AUTO**MIXED AADC 350
Angela L Atherley                         69
2580 Carnation Way
Pahrump NV 89048-5358

| Client: | Equable Ascent Financial, LLC |
|---|---|
| Original Creditor: | Washington Mutual Card |
| Account Number: | 4559545001242362 |
| Global ID: | 24675294 |
| Amount Due: | $6378.02 |

Dear Angela L Atherley,

Your account has been placed with Global Credit & Collection Corp., a collection agency acting on behalf of Equable Ascent Financial, LLC, a debt purchasing company. This is an attempt to collect a debt. Any information will be used for that purpose.

Due to your failure to pay our client, your delinquent account has been referred to Global Credit & Collection Corp to collect the balance. Our client wants to settle this debt in a reasonable, professional manner. As soon as we bring your account to a conclusion all collection activity will be stopped.

The balance due on your Washington Mutual Card account is $6378.02. Our client has authorized us to offer you a settlement of 80% of your total balance.

We will accept $5102.42 as final settlement on your account. Please contact our office at your earliest convenience to take advantage of the opportunity.

For your convenience payments may be processed electronically over the telephone at no addition cost.

Should you have any questions concerning your payment or your account, please telephone our office. Please make sure that your payment clearly identifies your name and that of your creditor so that payment can be properly applied to your account.

Mr. Duarte
1-866-350-7727

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
Detach and Return Bottom Portion with Payment

Pay by Credit Card

| Fill in all of the information below. | | |
|---|---|---|
| ☐ VISA | ☐ [MC] | ☐ [DISC/AMEX] |
| Card # | | Security Code / Expiration Date |
| Billing Address | | |
| Signature | Amount Authorized | $ |

Pay by Auto Pay Payment

| Fill in all of the information below, and we will arrange this payment free of charge. | | |
|---|---|---|
| Name of Bank | ☐ Checking | ☐ Savings |
| Routing Number | Account Number | Payment Date |
| Name of Account Holder | | |
| Signature | Amount Authorized | $ |

| Client: | Equable Ascent Financial, LLC |
|---|---|
| Original Creditor: | Washington Mutual Card |
| Account Number: | 4559545001242362 |
| Global ID: | 24675294 |
| Amount Due: | $6378.02 |

Global Credit & Collection Corp.
300 International Drive
PMB #10015
Williamsville, NY 14221

i41IC                                   1-866-350-7727



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 2570 0000 3475 9594
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 4:01 pm on September 27, 2010 in BUFFALO GROVE, IL 60089.

**Track & Confirm**
Enter Label/Receipt Number.

Detailed Results:
- Delivered, September 27, 2010, 4:01 pm, BUFFALO GROVE, IL 60089
- Arrival at Unit, September 27, 2010, 8:28 am, BUFFALO GROVE, IL 60089

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gatew

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT 2

## Apex Financial Management, LLC

1120 W Lake Cook Road Suite A ♦ Buffalo Grove IL 60089
Toll Free: (866) 912 7390
Hours of Operation: Mon.-Thurs. 8:00 am-8:00pm (CST)
Fri. 8:00 am-4:00 pm (CST)
Sat. 8:00 am-12:00 pm (CST)

1120 W Lake Cook Rd Ste A
Buffalo Grove IL 60089-1970

ADDRESS SERVICE REQUESTED

November 9, 2010  ✗

2073815-11100      429724984

Angela Atherley
2580 Carnation Way
Pahrump NV 89048-5358

APEX FINANCIAL MANAGEMENT, LLC
1120 W Lake Cook Road Suite A
Buffalo Grove IL 60089-1970

| | |
|---|---|
| Original Creditor: | CHASE BANK USA, N.A (WAMU) |
| Current Creditor: | Equable Ascent Financial, Llc. |
| Previous Account #: | 4559545001242362 |
| Apex Account #: | 2073815 |
| Balance: | $6,378.02 |

**Past Due Balance**

*Detach Upper Portion and Return with Payment*

| | |
|---|---|
| Original Creditor: | CHASE BANK USA, N.A (WAMU) |
| Current Creditor: | Equable Ascent Financial, Llc. |
| Previous Account #: | 4559545001242362 |
| Apex Account #: | 2073815 |
| Balance: | $6,378.02 |

This is to advise you that Equable Ascent Financial, LLC has purchased the above referenced debt you previously owed to CHASE BANK USA, N.A (WAMU).

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment of verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you do not dispute this debt or any portion thereof, you are requested to remit the above stated balance in the enclosed envelope. If you cannot remit the balance, contact us to discuss a repayment plan.

Please direct all payments and all correspondence to: Apex Financial Management, 1120 W Lake Cook Road Suite A, Buffalo Grove, IL 60089-1970, toll free: (866) 912 7390.

Sincerely,

Apex Financial Management, LLC

This is an attempt to collect a debt and any information obtained will be used for that purpose. In addition this communication is from a debt collector.

To make a payment on line, log on to www.apexfm.com and click on make payment.
If you wish to pay by VISA, MasterCard or Discover, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| | $ | ___/___ |

| | 3 Digit Security Code ( see reverse side of credit card ) |
|---|---|

| Card Holder Name | Signature of Card Holder | Date |
|---|---|---|
| RGLHILC0211100 | | |

WESTERN UNION QUICK COLLECT
The fastest way to send a payment


MoneyGram ExpressPayment

EXHIBIT 3